[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-11633
Non-Argument Calendar

_____

D.C. Docket No. 1:10-cr-00252-JRH-BKE-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEROME GARRETT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(December 5, 2019)

Before MARCUS, WILLIAM PRYOR and HULL, Circuit Judges.

PER CURIAM:

Attorney John Price, appointed counsel for Jerome Garrett in this direct criminal appeal, has moved to withdraw from further representation of Garrett and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the judgment revoking Garrett's supervised release and his resulting sentence are **AFFIRMED**.